IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00981-WJM-KMT

NAZARIO MEDINA,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, L.P., a Colorado limited partnership,

    Defendant.

---

NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through her undersigned counsel of record and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement document has been executed by the parties and the settlement terms have been completed by the parties. The Plaintiff expects this to happen by June 6, 2011.

Dated: May 23, 2011.

Respectfully Submitted,

_s/ David M. Larson_____
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff